IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BARRY LEVINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01128-O |
| | § | |
| AMERICAN MENSA, LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff's Motion for Extension of the Discovery Period and Provisional Motion for Leave to Take One Deposition in Excess of Ten Depositions (ECF No. 40). United States District Judge Reed O'Connor granted the Motion for Extension and deferred ruling on the Provisional Motion for Leave pending Defendants' forthcoming objection. ECF No. 41. After Defendant American Mensa, Ltd. filed its Objection (ECF No. 42), Judge O'Connor referred the Provisional Motion for Leave to the undersigned for determination or recommendation. ECF No. 43.

After considering it, Defendant's Objection, and the applicable legal authorities, the undersigned determines the Provisional Motion for Leave to Take One Deposition in Excess of Ten Depositions (ECF No. 40) should be **GRANTED**. American Mensa alternatively requests an extension of the dispositive motion deadline (ECF No. 42). If American Mensa wishes to pursue this request, it should move separately for the extension, as this issue is beyond the scope of Judge O'Connor's referral to the undersigned. *See* ECF No. 43.

It is so **ORDERED** on March 8, 2022.

                                                            Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE