IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BARRY LEVINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:20-cv-01128-O |
| | § | |
| AMERICAN MENSA, LTD. et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend Scheduling Order for Leave to Conduct Meeting of Counsel by Remote Means and at an Alternative Time or Date (ECF No. 53), filed April 21, 2022. Having considered the Motion, briefing, and applicable law, the Court finds the Motion should be, and is, **GRANTED in part**. The Parties must conduct mediation in person, but the Court extends the mediation deadline to **May 6, 2022**.

SO ORDERED on this **22nd day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE